DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAHJAE ROLANDO MILLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2163

[September 25, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 2021CF000054A.

Hani A. Demetrious and Robert D. Malove of The Law Office of Robert David Malove, P.A., Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE, JJ., and HARPER, BRADLEY G., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***